**UNITED STATES of America,**
**Petitioner–Appellee,**

v.

**Victor PERKINS, Respondent–**
**Appellant.**

**No. 14–6706.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 25, 2014.

Decided: Sept. 30, 2014.

Victor Bernard Perkins, Appellant Pro Se. Jennifer Dee Dannels, Federal Medical Center, Butner, North Carolina, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Perkins appeals the district court's order denying his "motion to relieve of judgment pursuant to Rule 60(b)(5) & (6) of the FRCivP." We have reviewed the record and find no reversible error. Accordingly, we affirm the order of the district court. *United States v. Perkins,* No. 5:92-hc-00654-BR (E.D.N.C. Apr. 16, 2014). We further deny Perkins' motions and supplemental motions "to classify civil action as a class action," "for appeals conference," and to appoint counsel. We dis-

pense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*